**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

UNITED STATES OF AMERICA and
COMMODITY FUTURES TRADING
COMMISSION,

     **Plaintiffs,**

**v.**                                                                    No. 1:26-cv-01912-JMR-JFR

STATE OF NEW MEXICO; MICHELLE LUJAN
GRISHAM, in her official capacity as Governor of
New Mexico; RAÚL TORREZ, in his official
capacity as New Mexico Attorney General;
PATRICK GARRETT, in his official capacity as
Board Chairman Law Enforcement Member of the
New Mexico Gaming Control Board; INDY
WHITE, in his official capacity as Public Member
of New Mexico Gaming Control Board; VAN
BILLOPS, in his official capacity as CPA
Commissioner of the New Mexico Gaming
Control Board; and MEKKO MILLER, in his
official capacity as Attorney Commissioner of the
New Mexico Gaming Control Board,

     **Defendants.**

## NOTICE OF APPEARANCE

Justin J. Solimon, Kelli J. Keegan, Jesse D. Heibel, and Kayla J. Jankowski of Keegan

Richardson Solimon & West LLP hereby enter their appearance on behalf of New Mexico

Attorney General Raúl Torrez.

Respectfully submitted,

*/s/  Justin Solimon*
Justin J. Solimon
Kelli J. Keegan
Jesse D. Heibel
Kayla J. Jankowski
Keegan Richardson Solimon & West LLP
7424 4th Street NW
Los Ranchos de Albuquerque, New Mexico 87107
jsolimon@indiancountrylaw.com
kkeegan@indiancountrylaw.com
jheibel@indiancountrylaw.com
kjankowski@indiancountrylaw.com

*Counsel for Defendant New Mexico Attorney*
*General Raúl Torrez*


## CERTIFICATE OF SERVICE

I hereby certify that on June 23, 2026, I filed the foregoing via the CM/ECF filing system, which caused all counsel of record to be served by electronic means.

*/s/ Justin Solimon*
Justin Solimon