**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

| | |
|---|---|
| UNITED STATES OF AMERICA<br>and COMMODITY FUTURES TRADING<br>COMMISSION,<br><br>                      Plaintiffs,<br><br>          v.<br><br>STATE OF NEW MEXICO, *et al.*,<br><br>                    Defendants. | Case No. 26-cv-1912 |

**JOINT STIPULATION DISMISSING WITHOUT PREJUDICE**
**GOVERNOR LUJAN GRISHAM, PATRICK GARRETT, INDY WHITE,**
**VAN BILLOPS, AND MEKKO MILLER**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), plaintiffs the United States of America and the Commodity Futures Trading Commission and each of the defendants hereby stipulate and agree that the above-captioned action is voluntarily dismissed, without prejudice, against: (1) Michelle Lujan Grisham, in her official capacity as Governor of New Mexico; (2) Patrick Garrett, in his official capacity as Board Chairman Law Enforcement Member of the New Mexico Gaming Control Board; (3) Indy White, in his official capacity as Public Member of the New Mexico Gaming Control Board; (4) Van Billops, in his official capacity as CPA Commissioner of the New Mexico Gaming Control Board; and (5) Mekko Miller, in his official capacity as Attorney Commissioner of the New Mexico Gaming Control Board. Each party agrees to bear its own costs in connection with this action.

1

This joint stipulation is made upon representation from counsel for the defendants that dismissal of Governor Lujan Grisham and the members or officers of the New Mexico Gaming Control Board will not affect the federal plaintiffs' ability to obtain relief to which they might otherwise be entitled in this litigation.

Dated: June 29, 2026

By: */s/ Tiberius Davis*

*Attorneys for the United States of America*

TODD BLANCHE
Acting Attorney General

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

TIBERIUS DAVIS
Counsel to the Assistant Attorney General
450 5th Street, N.W.
Washington, DC 20001
Tel. 202-860-8970
tiberius.davis@usdoj.gov

ALEXANDRA McTAGUE SCHULTE
Senior Litigation Counsel
Tel. 202-718-0483
alexandra.schulte@usdoj.gov

RYAN ELLISON
First Assistant United States Attorney
District of New Mexico

EMIL J. KIEHNE
Assistant United States Attorney
United States Attorney's Office
District of New Mexico
201 3rd Street NW, Suite 900
Albuquerque, NM 87102
Tel. (505) 346-7274
Emil.Kiehne@usdoj.gov

Respectfully submitted,

*/s/ Andrew J. Weisberg*

*Attorneys for the Commodity Futures Trading Commission*

TYLER S. BADGLEY
General Counsel
M. JORDAN MINOT
Deputy General Counsel
HENRY J. DICKMAN
Senior Assistant General Counsel
ANDREW WEISBERG
Senior Assistant General Counsel
MARGARET P. AISENBREY
Senior Assistant General Counsel

U.S. Commodity Futures Trading Commission
Three Lafayette Centre
1155 21st Street, N.W.
Washington, DC 20581
Tel. (202) 209-1087
tbadgley@cftc.gov
jminot@cftc.gov
hdickman@cftc.gov
aweisberg@cftc.gov
maisenbrey@cftc.gov

*Attorneys for State of New Mexico and Raúl Torrez*

/s/ _Mark Noferi_____

OLIVIA DEN DULK
MARK NOFERI
ANJANA SAMANT
New Mexico Department of Justice
408 Galisteo Street
Santa Fe, NM 87501
Tel. (505) 670-2891
mnoferi@nmdoj.gov

*Attorneys for Patrick Garrett, Indy White, Van Billops, and Mekko Miller*

/s/ Michelle Pato

MICHELLE PATO
New Mexico Gaming Control Board
4900 Alameda Blvd. NE
Albuquerque, NM 87113
Tel. (505) 331-5734
Michelle.Pato@gcb.nm.gov

*Attorneys for Michelle Lujan Grisham*

/s/ Holly Agajanian

HOLLY AGAJANIAN
KYLE DUFFY
LIZDEBETH CARRASCO-GALLARDO
Office of the Governor of New Mexico
490 Old Santa Fe Trail, Suite 400
Santa Fe, NM 87501
Tel. (505) 476-2200
holly.agajanian@exec.nm.gov

## CERTIFICATE OF SERVICE

I certify that on June 29, 2026, I filed this joint stipulation of dismissal on the Court's CM/ECF system, which will serve all registered counsel of records for parties who have appeared in this action.

*/s/ Andrew J. Weisberg*
Andrew J. Weisberg
Senior Assistant General Counsel
Commodity Futures Trading Commission

4