IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA and
COMMODITY FUTURES TRADING
COMMISSION,

      Plaintiffs,

v.                                                                                          No. 1:26-cv-01912-KG-JFR

THE STATE OF NEW MEXICO, *et al.*,

      Defendants.

## ORDER SETTING BRIEFING SCHEDULE

This matter is before the Court on the parties' Joint Motion for Entry of Motion Briefing

Schedule, Doc. 20.  The Court grants the Motion and enters the following briefing schedule:

| Event | Date |
|---|---|
| Defendants' Motion to Dismiss and Response to Plaintiffs' Motion for Preliminary Injunction | Thursday, July 16, 2026 |
| Plaintiffs' Response to Defendants' Motion to Dismiss and Reply to Defendants' Opposition to their Motion for Preliminary Injunction | Thursday, July 30, 2026 |
| Defendants' Reply to Plaintiffs' Response to Motion to Dismiss | Friday, August 7, 2026 |

IT IS SO ORDERED.

/s/Kenneth J. Gonzales_____
CHIEF UNITED STATES DISTRICT JUDGE

- Please note that this document has been electronically filed. To verify its authenticity, please refer to the Digital File Stamp on the NEF (Notice of Electronic Filing) accompanying this document.  Electronically filed documents can be found on the Court's PACER public access system.