**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

| | |
|---|---|
| UNITED STATES OF AMERICA and COMMODITY FUTURES TRADING COMMISSION,<br><br>                    Plaintiffs,<br><br>v.<br><br>STATE OF NEW MEXICO and RAÚL TORREZ, in his official capacity as New Mexico Attorney General,<br><br>                    Defendants. | Case No. 1:26-cv-01912-KG-JFR |

**DECLARATION OF MARK NOFERI**

As provided by 28 U.S.C. § 1746, I, Mark Noferi, declare as follows:

1.     I am an attorney with the New Mexico Department of Justice, counsel for Defendants in the above-entitled action. I have personal knowledge of the facts stated herein, and if called as a witness, I could competently testify thereto.

2.     Attached hereto as Exhibit 1 is a true and correct copy of the article "What is a Prediction Market?" Available at the URL https://news.kalshi.com/p/glossary-predictionmarket, as accessed on July 16, 2026.

3.     Attached hereto as Exhibit 2 is a true and correct copy of the article, "How Prediction Markets and Crypto Firms Steamrolled a Watchdog Agency - The Commodity Futures Trading Commission purged its ranks, dialed back its enforcement and boosted industries in which President   Trump's   family   is   heavily   invested."   Available   at   the   URL

1

https://www.nytimes.com/2026/05/24/us/how-prediction-markets-and-crypto-firms-steamrolled-a-watchdog-agency.html, as accessed on July 16, 2026.

4.      Attached hereto as Exhibit 3 is a true and correct copy of the article, "Prediction markets just crushed traditional sportsbooks in a massive $50 billion World Cup breakout." Available at the URL https://www.coindesk.com/business/2026/07/14/prediction-markets-just-crushed-traditional-sportsbooks-in-a-massive-usd50-billion-world-cup-breakout, as accessed on July 16, 2026.

5.      Attached hereto as Exhibit 4 is a true and correct copy of the of the article, "Ten Times Kalshi Said People Could Bet On Things." Available at the URL, https://nexteventhorizon.substack.com/p/ten-times-kalshi-said-people-could, as accessed on July 16, 2026.

6.      Attached hereto as Exhibit 5 is a true and correct copy of Sports Event Contracts: Public Opinion Landscape, released by the American Gaming Association. Available at the URL https://www.americangaming.org/resources/sports-events-contracts-public-opinion-landscape/, as accessed on July 16, 2026.


I declare under penalty of perjury that the foregoing is true and correct.


Executed on July 16, 2026, in Santa Fe, New Mexico.


_____
Mark Noferi

7/16/26, 9:44 AM
What is a Prediction Market?
Case 1:26-cv-01912-KG-JFR    Document 24-1    Filed 07/16/26    Page 3 of 49


**Kalshi** News

Sign Up

News    Sports    2026 Primaries    Markets    Features    Interviews    Announcements    Learn    KPOW    Authors

Home  >  Posts  >  What is a Prediction Market?

# What is a Prediction Market?

By Kalshi News

Aug 4, 2022

A prediction market is a trading platform where participants buy and sell contracts based on the projected outcomes of specific events. Participants can wager on diverse topics such as _economics_, _pop culture_, _politics_, _technology_, and even the _weather_.

Investors select markets that align with their interests or expertise and place bets using simple "yes" or "no" contracts. For example, an investor might wager on whether a new version of _Chat-GPT_ will be released in the coming year, whether _Taylor Swift_ will win a Grammy, or how high _gas prices_ will reach by a certain date. Each contract focuses solely on whether or not these events will occur.

Prediction markets compile the collective opinions of participants to set probabilities and pricing for the contract. Each trader's bet helps shape the market consensus, which is reflected in the contract prices. Contract prices fluctuate in real time, offering up-to-date insights into public opinions and emerging trends. This makes prediction markets a valuable tool for those looking to understand shifts in society or market reactions to new developments.

# Prediction Markets vs. Traditional Financial Markets

Prediction markets are fundamentally different from traditional financial markets, as they focus solely on the likelihood of specific events occurring rather than on economic indicators or corporate performance.

## Key Differences

**Focus**: Traditional markets involve trading _assets_ like stocks and commodities, which are influenced by a multitude of economic factors. Prediction markets, however, deal exclusively with contracts on specific event outcomes.

**Market Dynamics**: Traditional markets can be complex and influenced by a variety of economic and financial factors  Prediction markets, however, are simple and straightforward, centered only on the occurrence or non-occurrence of particular events.

**Risk and Volatility**: While all markets have inherent risks, the uncertainties of prediction markets are strictly tied to specific events. This differs significantly from the broader market risks in traditional financial markets, which can be influenced by global economic shifts, monetary policy changes, and geopolitical events.

## Price and Probability

Noferi Dec. Ex. 1:2

Prices in prediction markets such as Kalshi range from $0.01 to $0.99. Since market prices are formed by the traders' predictions, prices will change if people shift their views on the likelihood of that outcome.

EXAMPLE: If a contract to predict whether a movie titled XYZ will win _Best Picture_ is trading at $0.60, this price suggests that the majority believe there is a 60% chance that XYZ will win the Oscar. However, if developments occur that could increase the film's chances of winning, such as a higher number of award nominations, people will start paying more for the "yes" contracts, changing the price and the odds.

Prediction markets are typically binary and $1 denominated. Since these criteria are clearly defined upfront, participants go into the trades knowing that when the market closes, the $1 will be given to whoever guessed correctly. Kalshi.com's simple payout structure makes it easy for traders to understand market prices in terms of probabilities.

## How to Participate

Contracts always come in pairs, so platforms like Kalshi match participants with another user looking for the opposite contract on the same market. One trader will bet on a "yes" contract and the other on a "no" contract, wagering a total of $1.

The amount traders will pay is determined by participants within the same market. Traders choose their favorite market, then select their side (yes or no), the price they are willing to wager, and the number of contracts they want to buy.

EXAMPLE: Steve enters an _aviation-related market_ where the current "yes" contract rate is $0.75. He will be matched with Bob, who has wagered $0.25 for a "no" contract in the same market. If the aviation event occurs, the market resolves to "yes," and Steve receives the $1.00. This amount is comprised of Steve's original contract rate of $0.75 plus the $0.25 from Bob's wager ($0.75 + $0.25 = $1.00). The opposite would occur if the market had resolved to "no": Steve would relinquish their $0.75, which is awarded to Bob.

## Why Engage with Prediction Markets?

Prediction markets offer a compelling platform for expressing viewpoints on future events in monetary terms. They are ideal for those interested in making informed predictions on a wide range of topics, from politics to pop culture. Their simplicity and the direct link between predictions and

Noferi Dec. Ex. 1:3

Kalshi operates as a fully cash-collateralized market, where the only collateral, or asset used to secure an agreement, is the cash you have deposited into your account. Market participants will not incur any debt with Kalshi, regardless of the market outcomes.

## Conclusion

Prediction markets offer traders a unique opportunity to leverage their understanding of future events for potential profit. With an infinite potential for topics, traders can choose markets that align with their interests and expertise. Market prices are formed by the collective actions of the traders and reflect the perceived likelihood of these outcomes.

As prediction markets continue to develop, they are set to play a more crucial role in the financial landscape. Real-time data can provide insights to traders, policymakers, researchers, and strategists who aim to understand public expectations about future events. This could open up novel trading possibilities that traditional financial markets can not provide.

For experienced investors or casual onlookers just starting to trade, platforms like Kalshi offer a user-friendly and engaging approach to participating in prediction markets. The goal extends beyond simply forecasting events to grasping how market expectations evolve and how opinions change over time.

Although prediction markets streamline the trading process, achieving success requires informed decision-making, an understanding market dynamics, and, occasionally, a little luck.

Want to learn more? Visit _kalshi.com/learn_ for more course topics, tips, and trading strategies.

## More From Kalshi





Noferi Dec. Ex. 1:4

Case 1:26-cv-01912-KC-JFR   Document 24-1   Filed 07/16/26   Page 7 of 49

The Commodity Futures Trading Commission purged its ranks, dialed back its enforcement and boosted industries in which President Trump's family is heavily invested.

▶ Listen · 24:36 min

 

**By Sharon LaFraniere and David Yaffe-Bellany**

The reporters reviewed agency records and interviewed more than 30 former and current staff members and company officials for this investigation.

Published May 24, 2026   Updated May 26, 2026

Last fall, a high-stakes struggle unfolded inside the red brick walls of an obscure federal agency.

Three companies — each with ties to the Trump family's business empire — needed the Commodity Futures Trading Commission to bless their ambitions in the white-hot field of prediction markets.

A growing portion of the agency's portfolio, prediction markets allow Americans to bet on everything from whether the United States will take over Cuba to what color tie President Trump will wear next. The moneymaking opportunities were breathtaking, but the companies' practices were causing a stir.

Senior career officials worried about whether Crypto.com was treating small bettors fairly. They feared that a second firm, Polymarket, did not have strong enough protections against fraud. A third, an offshoot of the crypto firm Gemini, had yet to pass the agency's required review to open for business.

Despite these concerns, Caroline D. Pham, then acting chairman of the commission, and her senior counsel intervened to help the firms get what they wanted, according to people familiar with the situation who spoke on condition of anonymity for fear of repercussions.

Noferi Dec. Ex. 2:1

Case 1:26-cv-01912-KG-JFR Document 24-1 Filed 07/16/26 Page 8 of 49

By Christmas, the agency had put two top officials who had raised questions about the companies on leave, barred them from the office and placed them under internal investigation. Three other senior officials who had enforced laws involving cryptocurrencies — another industry linked to the Trumps — suffered the same fate.

None of those officials were told what they had done wrong. But current and former agency staffers said in interviews that the commission's work force took away a clear message: Don't cause trouble for those industries.

The suspensions were just one of many ways in which the C.F.T.C., the primary regulator of a specialized sector of the financial markets, has been mowed down by the powerful business interests it is supposed to oversee, a New York Times investigation found.

In the past 16 months of the Trump administration, the commission has shrunk its work force, purged career officials, sharply curtailed crypto enforcement and helped out prediction markets at virtually every turn, The Times found.

The gutting of the agency is particularly notable because of the Trump family's deep ties to the crypto and prediction industries. The Trumps have sold their own digital currencies, generating enormous wealth for the family, while striking deals with prediction market operators as well.

The C.F.T.C.'s transformation has been muscled through by leaders with connections to those industries. Ms. Pham recently left the agency to work for a crypto company that has a partnership with Polymarket. Her senior counsel, Brigitte Weyls, was hired by a prediction market company whose application she had helped shepherd.

Noferi Dec. Ex. 2:2

Case 1:26-cv-01912-KC-JFR   Document 24-1   Filed 07/16/26   Page 9 of 49



Caroline D. Pham, former acting chairman of the Commodity Futures Trading Commission, at a blockchain summit in Washington in March. Al Drago/Bloomberg

Michael S. Selig, the 36-year-old current chairman, represented crypto firms and worked with prediction markets as a corporate lawyer. A Republican appointed by Mr. Trump, he is now the sole commissioner because the president left all the other board seats vacant.

That highly unusual arrangement gives Mr. Selig unilateral authority to file lawsuits and issue new rules as he polices two industries at the center of the president's business empire.

"President Trump only acts in the best interests of the American public," said Davis Ingle, a White House spokesman. "There are no conflicts of interest."

**Commodity Futures
Trading Commission**



Noferi Dec. Ex. 2:3

7/16/26, 9:57 AM
Case 1:26-cv-01912-KG-JFR   Document 24-1   Filed 07/16/26   Page 10 of 49
How Prediction Markets and Crypto Firms Steamrolled a Watchdog Agency - The New York Times

Approved a request by **Polymarket** after an investment by

Sidelined staff who questioned **Crypto.com**, a business partner of

Fast-tracked the application of an offshoot of **Gemini**, whose founders backed

**1789 Capital**

**Trump Media & Technology**

**American Bitcoin**

Each of these companies are connected to the **Trump family**

Donald Trump Jr.    President Trump    Eric Trump

Simon Ducroquet/The New York Times

The agency's pivot is another example of how the Trump administration has bent a previously independent regulatory agency to its will, similar to the changes at the Securities and Exchange Commission. Both commissions now embrace the president's view that regulators have been too punitive toward industry.

"I've been through an almost equal number of Republican and Democratic administrations, and there was always a belief you had to have strong enforcement," said Gretchen Lowe, a 30-year agency veteran who retired last year from a top enforcement job. "This is really the first time that politics have affected the C.F.T.C. in such a dramatic way."

Ms. Pham and Ms. Weyls did not respond to requests for comments. But in a public statement last year, Ms. Pham claimed that the agency's enforcement division had abused the government's prosecutorial powers.

Noferi Dec. Ex. 2:4

Polymarket said it had strong safeguards, and Crypto.com said it fully abides by all federal regulations. Gemini did not respond to questions. A spokeswoman for the C.F.T.C. declined to discuss the treatment of any particular staff members or the agency's handling of specific cases.

A weakened C.F.T.C. poses risks for millions of Americans who buy crypto or bet on prediction markets, as well as for the broader financial systems with which these new businesses are increasingly intertwined. Both industries have struggled to control fraud and abuse. Crypto schemes are rampant, while insider trading has emerged as a major concern on prediction markets.

In an interview, Mr. Selig said that during the Biden administration, the commission had gone overboard, turning minor violations into court cases. He insisted that it was now focused on major wrongdoing and is not playing favorites.

"If you're committing fraud, manipulation, abuse, insider trading in our markets, whether it's in crypto or anything else, our enforcement division is watching and will be a cop on the beat," he said.

Noferi Dec. Ex. 2:5

Case 1:26-cv-01912-KG-JFR    Document 24-1    Filed 07/16/26    Page 12 of 49

Michael S. Selig, the current chairman of the C.F.T.C., is now the sole commissioner, with unilateral authority to file lawsuits or issue new rules.   Jason Andrew for The New York Times

His tough talk belies the agency's track record in the second Trump era. The C.F.T.C. has announced only two cases involving digital currencies. Both were against individual operators accused of fraud, not against more powerful crypto firms.

That contrasts with more than 80 such cases brought during the Biden years, either in civil court or administratively. Even during Mr. Trump's first term, before his family turned into a crypto juggernaut, the C.F.T.C. announced more than two dozen cases involving crypto.

On the prediction market side, the agency has switched from an opponent to an ally in legal battles over how the markets should be regulated. It has announced just one case in the second Trump era, against an individual accused of insider trading.

The commission, first set up primarily to watch for skulduggery in markets for farm goods like pork bellies, has backed off enforcement just as its responsibilities have rapidly expanded.

The C.F.T.C.'s watchdog role over speculative financial trading already gives it oversight of prediction markets, a booming industry. The two leading platforms took in a total of $50 billion in trades in 2025; this year, they took in that much in just March and April.

Noferi Dec. Ex. 2:6

Case 1:26-cv-01912-KG-JFR   Document 24-1   Filed 07/16/26   Page 13 of 49

Now the White House plans to give the agency an even broader portfolio, backing legislation that would hand it more authority over crypto regulation.

At the same time, Trump administration cuts have sliced away at the agency's work force. It was always small for a government office, with about 760 employees at its peak in 2015.

As of March, it had about 550 workers — fewer than since the depths of the 2009 financial crisis.

## Retreat on Crypto

In February 2025, a month after Mr. Trump's inauguration, several C.F.T.C. attorneys were enjoying the long Presidents' Day weekend. One was relaxing in the white-painted lodge of a Vermont ski resort. Another was at a classical music performance in New York.

Then their phones started buzzing. Their holiday was about to be shredded.

The call came from Brian Young, the agency's enforcement director, conveying a directive from Ms. Pham.

A former C.F.T.C. intern who grew into a skilled networker, Ms. Pham, 45, has moved back and forth between government and the finance industry. President Joseph R. Biden, Jr. named her as a commissioner in 2022, when a Republican spot opened up on the bipartisan board.

By the time Mr. Trump elevated her to acting chair, she had a reputation as a disrupter and had a habit of posing for friendly photos with executives in the industries her agency oversees.

Even so, her Presidents' Day fiat was a stunner, seemingly impossible to execute. She wanted the lawyers to drop the agency's lawsuit against a crypto company called KuCoin.

It was a big case for the little agency.

Noferi Dec. Ex. 2:7

7/16/26, 9:57 AM
Case 1:26-cv-01912-KG-JFR  Document 24-1   Filed 07/16/26   Page 14 of 49
How Prediction Markets and Crypto Firms Steamrolled a Watchdog Agency - The New York Times

Under the Biden administration, most cryptocurrencies were regulated by the Securities and Exchange Commission, which treated them like stocks and bonds traded on Wall Street. But a quirk in how crypto is designed gave the C.F.T.C. authority over certain speculative transactions, including trading of Bitcoin, the largest digital currency.

In a landmark case, the agency had forced Binance, the world's biggest crypto exchange, to pay a $1.35 billion penalty.

KuCoin presented another opportunity to send a message to the markets that it took its crypto oversight seriously.

Based in the Seychelles, KuCoin had just agreed to pay nearly $300 million after pleading guilty in a case brought by the Justice Department, which said it had flouted laws designed to catch criminals and prevent illicit transactions. KuCoin had also tentatively agreed to settle charges the C.F.T.C. brought against the firm for running an unregistered operation.

Ms. Pham did not have the authority to simply kill the case. She needed to enlist a majority of the commission. With two Democratic commissioners still serving, her prospects of that were dim.

As a solution, the staff attorneys did the next best thing. They began rewriting the proposed settlement, citing in court an executive order by Mr. Trump that called for a friendlier stance toward crypto.

While negotiations with the C.F.T.C. were still underway, KuCoin announced last year that it would start offering two new cryptocurrencies created by World Liberty Financial, the Trump family's start-up crypto venture. The listing of those digital coins was a boost for World Liberty, giving it credibility and access to more customers.

The case dragged on, with the C.F.T.C. finally settling with KuCoin in March of this year. Its parent company was fined $500,000, a fraction of the multimillion dollar penalty the agency's attorneys originally expected.

Noferi Dec. Ex. 2:8

Case 1:26-cv-01912-KG-JFR   Document 24-1   Filed 07/16/26   Page 15 of 49

In a statement, KuCoin said its decision to offer World Liberty's coins merely reflected "the ordinary course of its business" and had nothing to do with the charges it faced. A World Liberty spokesman said that many exchanges list its coins.

The agency also dropped at least five investigations into other crypto companies, including a late-stage inquiry into a major exchange, according to government documents and former staff members.

In the spring of 2025, Ms. Pham's office initiated investigations of three senior enforcement division officials who had worked on various crypto cases, sending a chill through the ranks: Ms. Lowe, the enforcement division's chief counsel and principal deputy; Manal Sultan, the deputy director; and K. Brent Tomer, the chief trial attorney.

The reasons given to them were vague, such as "the handling of certain enforcement matters."

The agency later ousted Ms. Sultan and Mr. Tomer, citing the administration's effort to shrink the government. Two trial attorneys who had handled crypto cases were demoted. Ms. Lowe left.

Noferi Dec. Ex. 2:9

Gretchen Lowe, a 30-year agency veteran who retired last year from a top enforcement job, at a news conference in 2022.  Jefferson Siegel for The New York Times

More than half a dozen former agency officials said in interviews that they believed Ms. Pham deliberately went after crypto attorneys.

"There was a sustained effort to oust enforcement staff who worked on some of the agency's more significant cryptocurrency matters," said Andrew Rodgers, a former trial attorney who resigned last year.

Joe Konizeski, a former attorney in the Chicago office, said he was ordered — twice — to shutter investigations of crypto operators before his job was eliminated last summer.

"The C.F.T.C. has said to bad actors in the crypto space that it is not coming after them," he said.

## 'The president himself'

The agency's retreat from crypto enforcement came too late for Gemini. In January 2025, just before a scheduled trial, the company agreed to pay a $5 million fine to settle charges that it had misled C.F.T.C. staff members about a Bitcoin auction.

But Gemini appears to have escaped other possible consequences from that case.

Noferi Dec. Ex. 2:10

The firm's founders, Cameron and Tyler Winklevoss, are presidential favorites. They are political donors, White House ballroom contributors, investors in a private club partly owned by Donald Trump Jr., the president's eldest son, and financial backers of a crypto firm co-founded by another son, Eric Trump.

Without admitting wrongdoing, Gemini pledged as part of its court settlement not to publicly assert that the charges against it were groundless. Yet, five months later, it filed a complaint with the C.F.T.C.'s inspector general attacking the case and the attorneys behind it.

Tyler Winklevoss posted the complaint on X, declaring: "These lawyers misused their offices and millions of taxpayer dollars to engage in trophy-hunting lawfare against Gemini to advance their careers."

By at least one account, the Winklevoss twins did not stop there, but used their complaint to influence who ultimately led the agency.

Cameron and Tyler Winklevoss, founders of Gemini, are presidential favorites.  Haiyun Jiang/The New York Times

Noferi Dec. Ex. 2:11

After putting Ms. Pham temporarily in charge, Mr. Trump in February 2025 selected Brian Quintenz, a former commissioner and a board member of a prediction market company, to lead the agency. But Mr. Quintenz said on social media in September that his nomination foundered because he refused to promise that he would support Gemini's complaint against the agency.

Mr. Quintenz released what he said were private texts in which Tyler Winklevoss insisted he treat Gemini's complaint as the highest priority and said he would be "happy to raise this issue with the president himself."

Mr. Quintenz wrote that after he balked, the Winklevoss twins complained about him to Mr. Trump. At the end of September, the president pulled Mr. Quintenz's nomination.

A representative for Gemini declined to comment on the texts at the time. A White House spokesman said the president "nominates America First patriots that are aligned with his agenda." Mr. Selig declined to comment on Gemini's complaint.

## Interventions

Gemini had more asks coming.

Its affiliate, Gemini Titan, had been trying to break into prediction markets since 2020 but had failed to win C.F.T.C. approval. Last year, Gemini re-upped its application.

In December, agency employees were in the middle of an examination of Gemini's submission when they were presented with an unusual document. It was a draft memo, sent by Ms. Weyls, recommending that the application be approved.

Typically, staff members write such recommendations, then forward them to the commissioners — not the other way around. And the review was still underway.

The application was swiftly approved.

Noferi Dec. Ex. 2:12

It was one of three times in quick succession that Ms. Pham and Ms. Weyls intervened on the side of prediction market companies doing business with the Trump family, according to the people familiar with the situation.

Crypto.com already had an authorized prediction market by the start of Mr. Trump's second term. But a brief notice in one of the company's public filings had caught some agency staff members' attention. They worried that the firm was giving large trading companies a leg up over ordinary sports bettors without fully disclosing the practice.

Ms. Pham and Ms. Weyls discouraged them from pursuing the matter, then cut them out of discussions with the firm, the people familiar said.

Officials for Crypto.com declined to comment on its discussions with the C.F.T.C. They said the firm was upfront about its practice, had a level playing field and kept its disclosures in place.

Crypto.com is a close business partner of Trump Media & Technology Group, a publicly traded company in which the president is the largest shareholder. Among other agreements, Crypto.com and Trump Media struck in October what they described as an exclusive deal to work together on a prediction market.

Trump Media did not respond to a request for comment.

Perhaps the most consequential case involved Polymarket, which had been in and out of trouble with the agency for several years. In 2022, the firm paid a $1.4 million fine to the C.F.T.C. for taking bets from Americans without the agency's permission.

Those accusations resurfaced in November 2024, after a surge of betting on the U.S. election. The F.B.I. raided the New York apartment of its founder, Shayne Coplan. The C.F.T.C. also pursued an inquiry.

The Trump administration dropped both investigations in July. That month, Polymarket bought a licensed company, allowing it to open a new platform for American customers.

Noferi Dec. Ex. 2:13

Case 1:26-cv-01912-KG-JFR    Document 24-1    Filed 07/16/26    Page 20 of 49

People attending a Polymarket event in March in Washington.  Alex Kent/The Washington Post, via Getty Images

Nonetheless, the firm's ambitions hit a snag the following month when it sought the commission's permission to take bets through intermediaries. While that leeway could get the company more customers, it could also enable someone illegally using inside information to cloak bets and escape detection.

Less than two weeks after it requested that latitude, Polymarket announced an infusion of funds from 1789, an investment firm owned partly by Donald Trump Jr. Polymarket also named him an unpaid adviser. A spokesman for Donald Trump Jr. said he has no involvement in Polymarket's dealings with federal regulators.

In the fall, amid a roughly six-week government shutdown, C.F.T.C. officials summoned staffers to work on Polymarket's request.

At a November meeting with the company, Rahul Varma, the acting director of the market oversight division, and Rachel Berdansky, the deputy director for compliance, raised questions about the strength of Polymarket's anti-fraud

Noferi Dec. Ex. 2:14

protections. Ms. Weyls, in a departure from the usual practice, attended the examination.

The same week that Polymarket got approval, the agency placed Ms. Berdansky on administrative leave and under investigation. She has now retired.

By the end of the year, Mr. Varma too was culled.

So was his predecessor, Vince McGonagle, who was working in a different office but had held up Gemini's application the year before while he headed the unit. After he was placed on leave, he left the agency.

So did dozens upon dozens of others. The agency's work force shrank by about a quarter last year — the biggest annual drop in at least two decades.

Despite the cuts, the C.F.T.C. spokeswoman said the agency has "resources sufficient to fulfill our mandate."

Ms. Pham and Ms. Weyls also moved on, taking jobs in industries the agency regulates. Both of them followed federal ethics rules, a senior C.F.T.C. official said.

In March, Ms. Weyls started work as general counsel for Gemini Titan — the same company for which she had intervened.

Ms. Pham left the chair's office in December to join MoonPay, a crypto company that has its own prediction market aspirations.

It had already announced an "exclusive" partner in that endeavor: Polymarket.

## A New Reality

When he arrived in December, Mr. Selig found himself alone at the top.

After the other commissioners left last year, Mr. Trump appointed only Mr. Selig as a replacement, leaving the rest of the seats vacant. That dismantled the system of checks and balances that once governed the C.F.T.C. and handed the new chairman sweeping authority to reshape the agency.

Noferi Dec. Ex. 2:15

Case 1:26-cv-01912-KG-JFR Document 24-1 Filed 07/16/26 Page 22 of 49

Not long after starting the job, he embarked on a speaking tour, appearing at industry conferences and on tech podcasts, where he has complained about "fake news" and called prediction markets "truth machines" that generate more accurate information.

He has sided with the crypto industry in high-stakes policy disputes and sued several states that attempted to regulate sports wagering on prediction markets.

In his interview with The Times, Mr. Selig vowed that he would also revitalize the enforcement division.

"We're hiring," he said.

Yet, the administration asked for only three additional enforcement employees from last year's budgeted total of 105. At the same time, the White House is pushing to give the agency more authority over crypto, shifting power away from the S.E.C., which has seven times the staff.

Even the C.F.T.C.'s highest-profile enforcement effort this year shows how its priorities appear to be shifting.

Last month, the Justice Department and the C.F.T.C. charged a U.S. Special Forces soldier with using classified information to bet on Polymarket about the ouster of Nicolás Maduro, the president of Venezuela, an operation the soldier himself was involved in.

Mr. Selig touted it as evidence that the C.F.T.C. would "vigilantly police" the industry.

Buried in the indictment, however, was an important detail: The soldier had placed the wagers on Polymarket's international platform, which the firm promised to wall off from U.S. customers when it settled with the agency in 2022. While it didn't specify his location, the indictment noted that he had logged onto Polymarket using an internet tool that the company says it bans.

Noferi Dec. Ex. 2:16

Case 1:26-cv-01912-KG-JFR Document 24-1 Filed 07/16/26 Page 23 of 49

Joseph A. Grundfest, a Stanford Law School professor who has written about prediction markets, said that federal authorities should be investigating the company and its practices, not just prosecuting the soldier.

"Usually when you find one ant, there are going to be more," he said.

When the soldier was charged, Mr. Coplan, Polymarket's founder, said that the firm had "flagged this, referred it and cooperated throughout the process." The C.F.T.C. spokeswoman declined to comment on whether the agency was investigating Polymarket.

Mr. Selig at an event in New York in March as part of a nationwide speaking tour. Karsten Moran for The New York Times

But on his speaking tour, Mr. Selig has alluded to Mr. Coplan's battles with regulators.

In March, he was a keynote speaker at an event in Washington organized by the Digital Chamber, a trade group that advocates for crypto firms and prediction markets.

Noferi Dec. Ex. 2:17

In front of a packed auditorium, Mr. Selig was interviewed onstage by Teresa Goody Guillén, a personal lawyer for Changpeng Zhao, the crypto billionaire who founded Binance and paid $150 million in penalties to the C.F.T.C. in 2023.

Mr. Selig railed against "regulating by enforcement" and singled out the example he viewed as especially egregious: Polymarket.

Law enforcement "went so far as to raid the home of a founder," Mr. Selig declared. "Thankfully, we live in a new reality today."

Andrea Fuller contributed reporting. Kitty Bennett, Julie Tate and Seamus Hughes contributed research.

**Sharon LaFraniere** is an investigative reporter focusing on the Trump administration.

**David Yaffe-Bellany** writes about the crypto industry for The Times from New York. He can be reached at davidyb@nytimes.com.

A version of this article appears in print on , Section A, Page 1 of the New York edition with the headline: Watchdog Is Steamrolled By Industries It Regulates

Noferi Dec. Ex. 2:18



☰   🔍   **CoinDesk**                              Sign In      Sign Up

**Crypto** ⌄      **CD20** $1,789.03 ▲1.21%      **BTC** $65,410.08 ▲1.10%      **ETH** $1,931.78 ▲3.09%      **XRP** $1.12 ▲1.88%      **SOL** $78.03

Finance

# Prediction markets just crushed traditional sportsbooks in a massive $50 billion World Cup breakout

Prediction markets just topped $50 billion in monthly volume, capping off the first month of the 2026 FIFA World Cup.

By <u>Oliver Knight</u> | Edited by <u>Nikhilesh De</u>

Jul 14, 2026, 5:00 a.m.

🕐 6 min read          Make **CoinDesk** preferred on **Google**          ↗



World cup volume hits $50 billion on prediction markets (Fauzan Saari/Unsplash)

⊟⁺ **Summary**                                                    Show ⌄

Prediction market platforms Kalshi, Polymarket and Robinhood's Rothera com...

T he 2026 FIFA World Cup was already set to be the biggest sports betting event ever staged on American soil. What nobody had fully pencilled in was that two prediction market startups would together challenge the entire established gambling industry for a piece of it.

Noferi Dec. Ex. 3:1

The numbers are stark. Kalshi posted $31 billion in total notional trading volume in June, a more than 70% jump from May — with sports contracts accounting for around 85% of its trading, per Dune analytics. The company told CoinDesk that World Cup-specific volume on its platform has now reached $22.42 billion. Polymarket's international exchange set a new monthly record at $10.8 billion overall trading volume, while its regulated U.S. platform separately logged $3.5 billion, nearly double May's total. Rothera, a joint venture between Robinhood and Susquehanna International Group that only launched in June, processed $2 billion in its debut month and already accounts for 7% of the U.S. prediction market, according to Bank of America.

It's worth noting that unlike traditional sportsbooks, prediction markets cover far more than sports — Kalshi and Polymarket both carry contracts on political elections, economic data and even reality TV shows like Love Island. U.S. legal sportsbooks, meanwhile, are projected to handle between $2.8 billion and $4.3 billion across the tournament's 104 matches. Kalshi's World Cup-specific markets alone generated $7.4 billion in June before the group rounds were complete.

## The ban that wasn't

The more striking figure is not the $10.8 billion on Polymarket's international exchange; it is where $571 million of it came from.

According to onchain analysis firm Allium, U.S.-linked wallets traded $571 million on Polymarket's political markets over the past year, more than any other country, ahead of Hong Kong's $422 million. This requires some explanation, because Polymarket's relationship with American users in 2026 is no longer a simple ban.

Polymarket was fined $1.4 million by the CFTC in 2022 for operating unregistered event-based derivatives and agreed to stop serving U.S. customers at the time, though U.S.-based users were able to access the platform using virtual private networks. Then in late 2025 it came back. The company acquired a CFTC-licensed exchange for $112 million, received an Amended Order of Designation from the regulator in November, and launched a U.S. iOS app in December. The waitlist was removed in May 2026. Americans can now use Polymarket legally.

But the regulated U.S. app and the global platform are fundamentally different products. The U.S. version requires full KYC identity verification, is funded through registered futures commission merchants rather than crypto wallets and settles in

Noferi Dec. Ex. 3:2

7/15/26, 9:44 AM    Prediction markets saw over $50 billion in volume as World Cup kicked off, crushing traditional sportsbooks

Case 1:26-cv-01912-KG-JFR    Document 24-1    Filed 07/16/26    Page 27 of 49

U.S. dollars. The global platform, still geoblocked for U.S. IP addresses, has no identity checks, settles in USDC and carries a far wider range of markets.

The $571 million figure refers to Americans trading on that global platform through VPNs and existing crypto wallets. Allium tracked wallet behavior rather than IP addresses, which is how a VPN that defeats geoblocking still leaves U.S. fingerprints in the data.

## Kalshi's breakout moment

Named FIFA's official prediction market partner part-way through the tournament, Kalshi had branding rights, in-venue presence and a media distribution deal with Fox Sports.Though notably, the user growth was already well underway when Kalshi signed its co-branding deal with ADI Predictstreet, the FIFA World Cup's official prediction market partner, on June 26, just four days before Apptopia data was recorded. Both Kalshi and Polymarket have advertised heavily during games, with ads airing during the halftime break, as well as the so-called hydration breaks during the American broadcasts.

App data from Apptopia found that by June 30, Kalshi's daily active users were 36% above their June 15 level. Over the same period, DraftKings fell 36% from its tournament peak, FanDuel dropped 41% and BetMGM and Caesars each declined 32%. Traditional sportsbook apps spiked early and faded, while prediction markets built steadily throughout.

Kalshi and Polymarket together accounted for 78.5% of betting app installs across the six major platforms tracked by Apptopia through June. A year earlier, the two prediction markets combined for roughly 6% of that same audience.

The demographics were equally surprising. Kalshi's female users grew 106% during the tournament, more than twice the 54% growth rate among male users. Kalshi attributed at least some of this growth to the reality television program Love Island, Barron's reported, but some of the surge was tied to the World Cup. By late June, 33.3% of Kalshi's user base was female, compared with 22 to 23% for DraftKings and FanDuel. It was pulling in people who had never previously touched a betting product.

YouGov's BrandIndex confirmed the mainstream breakthrough. Kalshi was the only prediction market operator, and the only betting-adjacent entity of any kind, to appear on the list of brands gaining the most consumer momentum during the World

Noferi Dec. Ex. 3:3

Case 1:26-cv-01912-KG-JFR    Document 24-1    Filed 07/16/26    Page 28 of 49

Cup, out of more than 2,000 companies tracked. It shared the ranking with Coca-Cola, Pepsi and Visa, outranking Fox, the tournament's primary broadcaster.

## A new entrant

Rothera launched in June. By the end of the month it had $2 billion in notional volume and a 7% share of the U.S. prediction market on debut, per Bank of America - roughly double what Kalshi's entire platform was processing monthly before the Super Bowl. The platform, a joint venture between Robinhood and Susquehanna International Group built through Robinhood's January acquisition of exchange operator MIAXdx, launched in June with Robinhood routing World Cup contracts through it from day one.

The World Cup did not just bring retail bettors to prediction markets. It brought Wall Street too. DRW, the Chicago-based trading giant, has been building a dedicated prediction market desk targeting Polymarket and Kalshi, applying cross-platform arbitrage techniques honed in derivatives markets.

## Traditional sportsbooks: Record numbers, but no longer the only story

Before the tournament, gaming research firm Eilers and Krejcik projected U.S. legal sportsbooks would handle between $2.8 billion and $4.3 billion across the 104 matches. Those figures now look conservative. Operators across the board have said the tournament exceeded their most optimistic internal forecasts, and final state-level reporting, which lags by weeks, has not yet come in.

The anecdotal evidence is striking enough. Monday's U.S. vs Belgium round-of-16 match became the most-bet soccer game in the history of several major American books. BetMGM said it drew more bets than any 2026 College Football Playoff game bar the championship, the men's college basketball final or any title-series game from the NBA, NHL or MLB. "This World Cup has been record-type handle stuff for us this whole time," BetMGM's Christian Cipollini told ESPN. DraftKings reported handle running at approximately five times its 2022 levels.

The conditions all pointed that way: 39 states now have legal mobile sports betting, up from 19 in 2022, North American hosting meant prime-time kickoffs, and the U.S. team's run to the round of 16 generated the kind of domestic interest soccer has never previously sustained. Caesars said 81% of its handle on the U.S. knockout match was on the Americans to advance. Globally, total World Cup wagering is projected to exceed $50 billion.

Noferi Dec. Ex. 3:4

Case 1:26-cv-01912-KG-JFR Document 24-1 Filed 07/16/26 Page 29 of 49

Sharp international books like Pinnacle serve as pricing benchmarks for the entire ecosystem. The near-identical World Cup winner odds across Kalshi, Polymarket and the major sportsbooks reflected efficient arbitrage between platforms, with sharp money moving to close gaps as they opened. Prediction markets, long criticized for thin liquidity, now hold enough volume that experienced traders recognize the prices as credible.

The more telling data point may be the direction of user flow. Apptopia found that sportsbook users increasingly sampled Kalshi during the tournament, while the share of Kalshi users opening sportsbook apps declined. The theory that prediction markets would be a feeder for traditional sports betting has not held. Kalshi users appear to be staying.



**Latest Crypto News**

---

**1** Ostium suffers $18 million exploit as oracle attack wave continues to hit DeFi

16 minutes ago

---

**2** The privacy paradox of protecting kids online

45 minutes ago

---

**3** Crypto Long & Short: To ETH or not to ETH — is SOL the better diversifier?

46 minutes ago

---

**4** White House expected to meet with senators to work on ethics concerns in crypto bill

1 hour ago

---

**5** South Korea to modify 76-year-old law to classify cryptocurrencies as national assets

1 hour ago

---

**6** Open USD poses biggest threat yet to Circle's USDC, CoinShares says

1 hour ago

---

Noferi Dec. Ex. 3:5

7/15/26, 9:44 AM · Prediction markets saw over $50 billion in volume as World Cup kicked off, crushing traditional sportsbooks

Case 1:26-cv-01912-KG-JFR   Document 24-1   Filed 07/16/26   Page 30 of 49

**7** A timeline of the Ethereum Foundation's ongoing shakeup

2 hours ago

**8** BlackRock's crypto assets fall 39% despite $15 billion of net inflows

3 hours ago

**9** The launchpad that fueled Robinhood Chain's memecoin boom just gave away all its revenue

3 hours ago

**10** Japan reclassifies crypto as a financial asset, paves way for tax cuts

3 hours ago

**Latest Research**

# Gate Leads Spot Market Share Gains as CEX Volumes Rise for First Time in Five Months



CEX trading volumes rose for the first time in five months in June, with spot climbing 15.3% to $1.11T and RWA perpetual volumes surging to a record $311B.

By CoinDesk Research   Jul 13, 2026

**Why it matters:**

CEX trading volumes rose for the first time in five months in June, with spot climbing 15.3% to $1.11T and RWA perpetual volumes surging to a record $311B.

View Full Report →

**More From Finance**







Noferi Dec. Ex. 3:6

# Ten Times Kalshi Said People Could Bet On Things



**DUSTIN GOUKER**

APR 03, 2025

♡ 3        💬 3        ↻                                    Sh

Kalshi has started moving away from "betting" and "gambling" language almost universally in recent weeks. So before all of that is lost to the sands of time, deleted Kalshi, etc., I thought it would be a good time to aggregate some of the messaging Kalshi used before the recent legal firestorm. Enjoy.

Thanks for reading Event Horizon! Subscribe for free to receive new posts and support my work.

## In the App Store and Google Play

Kalshi has toned down its messaging on the places where you can download its app. But until recently, it would portray its product as "bet on the headlines" or "bet on t elections":

1. **App Store:** Here is CEO Tarek Mansour sharing Kalshi's App Store ranking, showing the "Bet the 2024 Election" tagline. And this is the only artifact of the E on the Headlines tagline I could find:

Noferi Dec. Ex. 4:1



Kalshi: Bet on the headlines
KalshiEX LLC

4.0★
687 reviews ⓘ

100K+
Downloads

PEGI 3 ⓘ

This app is not available for any of your devices



| You can bet on that | Legal in all 50 states | Hourly markets, every day | Real-time forecasts | Topics you care about |

2. **Google Play:** Again, the actual listing is scrubbed of betting language in the Play Store, but you can still see it in search.



Kalshi: Bet on the headlines - Apps on Google Play

Here's more information the developer has provided about the kinds of data this app may collect and share, and security practices the app may follow.

Noferi Dec. Ex. 4:2

# On social media

This is the easiest one to find, as Kalshi had aggressively marketed itself as a betting platform over the fall and winter. This will not be inclusive of every last thing I could find, these are just some examples:

3.  Hat tip to Barron's on this one



4.  Comparing itself to FanDuel (Instagram)

Noferi Dec. Ex. 4:3



5. **Here's every time Mansour used the term "bet."** One example:

https://nexteventhorizon.substack.com/p/ten-times-kalshi-said-people-could



**Tarek Mansour** ✓ [Kalshi] @mansourtarek_ · Oct 16, 2024

If you **bet** on Kalshi, your **bet** will be streamed in real-time across all of Manhattan.

6. I started saving some of this stuff when Kalshi rolled out betting on the Super Bowl. Here are some Instagram ads that Kalshi was promoting:

Noferi Dec. Ex. 4:5



**Sports Betting Legal in all 50 States on Kalshi**

By Jackson Smith, Sports News

4 minute read · Updated 08:17 AM EDT, Thu Jan 23, 2025

2 comments

https://nexteventhorizon.substack.com/p/ten-times-kalshi-said-people-could

Noferi Dec. Ex. 4:6





kalshi_official Breaking News: You can now bet on sports in all 50 states with Kalshi

Noferi Dec. Ex. 4:7

https://nexteventhorizon.substack.com/p/ten-times-kalshi-said-people-could





# On its site/blog

7. How to bet on who will attend the inauguration

# How to bet on who will attend the inauguration

By Kalshi



8. How to bet on who Trump will pardon in his first 100 days

Noferi Dec. Ex. 4:9

# How to bet on who Trump will pardon in his first 100 days

By Kalshi



9. Some blogs are now deleted and redirected to the main blog:



**Kalshi**
https://kalshi.com › blog › article › how-to-trade-the-20...

## How to Bet on the Grammys

Kalshi allows you to trade on various Grammy markets, using your music industry insights to capitali on opportunities and hedge against potential risks.

10. Its "Press" section is almost entirely links to articles that refer to Kalshi as bettin demonstrating how much Kalshi leaned into that terminology before recently:

Noferi Dec. Ex. 4:10

7/15/26, 9:42 AM
Case 1:26-cv-01912-KG-JFR
Ten Times Kalshi Said People Could Bet on Things
Document 24-1
Filed 07/16/26
Page 41 of 49

## Press



Robinhood vs. Kalshi: Which Election Betting Site Is Better?



Kalshi CEO: We are expecting $100M bets on our election prediction market platform



The $100 Million Election Bet Is Here



Kalshi resumes taking bets on U.S. election after appeals court lifts freeze



MIT grads fight for your right to bet on 2024 elections



Ready your bets: Election gambling is going mainstream in the US

Thanks for reading Event Horizon! Subscribe for free to receive new posts and support my work.

 3 Likes

# Discussion about this post

Comments    Restacks

  Write a comment...

Noferi Dec. Ex. 4:11

**SEPTEMBER 2025**

# Sports Events Contracts: Public Opinion Landscape



Noferi Dec. Ex. 5:1

# Voters overwhelmingly recognize sports events contracts as bets that should be regulated like any other sports bet.

 85% say sports events contracts are gambling, not a financial instrument.

 More than eight-in-ten voters want sports events contracts regulated like other forms of sports betting and believe they should only be offered by state-licensed sportsbooks.

 70% believe that platforms offering sports events contracts are exploiting loopholes to act as unlicensed sportsbooks.

Noferi Dec. Ex. 5:2

 AMERICAN GAMING ASSOCIATION®

# Nearly All Americans Recognize Sports Events Contracts as Gambling, Not a Financial Instrument

**What are prediction markets most like?**

Thinking specifically about sports related prediction contracts now. Imagine a scenario where you pay 50 cents to buy a contract that the New York Yankees will win tonight's game. If the Yankees win, you'll be paid $1, if they lose you would lose your 50 cents and have nothing. Would you consider this specific type of sports prediction market to be:

■ A form of gambling, like sports betting

■ A financial instrument, like options or commodity futures
■ Not sure



Base: Among total (2,025)

Noferi Dec. Ex. 5:3

 AMERICAN GAMING ASSOCIATION®

3

# Americans: Sports Events Contracts Should be Regulated Like Sportsbooks & Platforms are Exploiting a Loophole

## Prediction Market Sentiments

| | % Net Agree | % Agree Strongly | % Agree Somewhat | % Neither | % Net Disagree |
|---|---|---|---|---|---|
| Prediction markets should be regulated like other online betting (e.g., Sportsbooks) | 80% | 57% | 23% | 17% | 4% |
| Prediction markets are exploiting a loophole to offer sports bets without calling themselves a sportsbook | 70% | 44% | 26% | 26% | 4% |
| The people in each state should have a say on whether sports prediction contracts can be offered in their state | 69% | 40% | 29% | 25% | 6% |

Base: Among total (2,025)
How much do you agree or disagree with each of the following statements when it comes to prediction markets?

Noferi Dec. Ex. 5:4

 AMERICAN GAMING ASSOCIATION®

4

# Limited Support for Federal Regulation of Sports Betting

## Should sports events contract sites be licensed as sportsbooks?

**Again, thinking about the sports-related contract described earlier, do you believe that prediction market companies should be allowed to offer these kinds of contracts without being licensed as sportsbooks in the states where they are offering them?**



*69% of sports bettors also believe platforms offering sports events contracts should be licensed as sportsbooks.*

## Who should regulate prediction markets?

**Do you believe sports-related predictions contracts like the one described previously are best regulated by state and tribal gaming regulators, or by the federal Commodity Futures Trading Commission?**



Base: Among total (2,025)


AMERICAN GAMING ASSOCIATION®

Noferi Dec. Ex. 5:5

5

# Americans Believe Gaming Operators Have A Responsibility to Help Consumers Gamble Responsibly

**Which statement below most closely aligns with your views on gambling?**

People are adults, but regulators and companies that offer gambling products have a responsibility to make sure that there are tools available to bettors to help them gamble responsibly.



**64%**

**36%**

People are adults, and they're allowed to spend their money however they want to and if they "lose their shirt," that's on them.

Base: Among total (2,025)

Noferi Dec. Ex. 5:6



AMERICAN GAMING ASSOCIATION®

6

# Survey Methodology

### Methodology

- YouGov, on behalf of the AGA conducted an online survey of 2,025 U.S. respondents between August 1-8, 2025.
  - All adults are age 18+, registered voters
  - Data was weighted to be representative of US registered voters
  - Sample sourced from YouGov Panel
  - Margin of error is +/- 2% and greater among subgroups



Noferi Dec. Ex. 5:7

# Contact

**DAVID FORMAN**

Vice President, Research

dforman@americangaming.org



AmericanGaming.org

Noferi Dec. Ex. 5:8