***IN THE UNITED STATES DISTRICT COURT***
***FOR THE DISTRICT OF NEW MEXICO***

***Clerk's Minutes***
***Before the Honorable Kenneth J. Gonzales***

***Title:*** ***State of NM v. Kalshi, Inc., et al.*, CIV 26-1857 KG/JFR**
***USA, et al. v. State of NM, et al.*, CIV 26-1912 KG/JFR**

***Date:*** **Monday, November 9, 2026**

***Court Interpreter:*** **None**

***Courtroom Clerk:*** **Theresa A. Hall**

***Court Reporter:*** **Carmela McAlister**

***Court in Session:*** **1:29 p.m.**
***Court in Recess:*** **1:51 p.m.**

***In-Court Time*:** **22 mins.**

***Type of Proceeding:*** ***Status Conference via Zoom***

***Court's Rulings/Disposition:*** **See below**

***ATTORNEYS PRESENT FOR STATE OF NEW MEXICO:***
***Olivia Den Dulk***
***Mark Noferi***
***Justin J. Solimon***

***ATTORNEYS PRESENT FOR COMMODITY FUTURES TRADING COMMISSION:***
***Andrew Weisberg***
***Henry Dickman***

***ATTORNEY PRESENT FOR KALSHI:***
***Katherine Kelly Fell***

*PROCEEDINGS:*

*1:29 p.m.* *COURT IN SESSION*

*Counsel make their appearances and the Court calls the cases.*

*Court: We are here to talk about scheduling the motions hearing in these two matters as they are similar. The motions before the Court are the motion to dismiss under 12(b)(1) and under 12(b)(6), and then the motion for preliminary injunction in case No. 26cv1912.*

*Mr. Weisberg: I think it makes sense here to have a traditional oral argument. We do not anticipate putting up any kind of evidence.*

*Mr. Noferi: We see these as legal issues, not factual, and we don't*

*anticipate putting on evidence as well.*

*The Court offers January 28, 2027, at 9:30 to hold the hearing in this matter and all parties indicate their availability.*

*Court: Next, the motion to remand in case No. 26cv1857.*

*Mr. Noferi: Our position is that the motions are not entirely similar and the motion to remand could be resolved without addressing the preemption issues that are central to the CFTC case.*

*Ms. Fell: Agrees with opposing counsel these matters are intertwined.*

*Court: We have a decision out of the District of Utah that's going to the Tenth Circuit. We have other decisions out of different circuits. As I understand, we have a petition for cert that's still pending. What thought, if any, have you all made in staying one or both of these cases in the District of New Mexico?*

*Mr. Weisberg: We're agreeable to stay of this matter pending an appeal as long as there is no movement on state enforcement actions that could cause irreparable harm to both the Federal Government and our registrants.*

*Ms. Fell: Kashi agrees.*

*Mr. Noferi: The State does not see a compelling reason to stay either case.*

*Court: Sets deadline on an opening brief on a motion to stay 14 days from today; the response within 14 days of that date; and reply due within 10 days of a response.*

*1:51 p.m.* *COURT IN RECESS*